AO 243 (Rev. 09/17)

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -7 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

⇔26001-076⇔
Kndil Joy-El
2225 Haley Barbour PKWY
Yazoo CITY, MS 39194-5000
United States

Docket or Case No.: 2241
3:23cv509-CWR-FKB

Prisoner No.: 26001076

UNITED STATES OF AMERICA
V.
Movant (include name under which convicted)

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT
   W.D. TENNESSEE, WESTERN DISTRICT
   167 N. MAIN STREET
   MEMPHIS, TENNESSEE, 38103

   (b) Criminal docket or case number (if you know): 2:13-cr-20180-1

2. (a) Date of the judgment of conviction (if you know): 07-16-2015
   (b) Date of sentencing: 06-15-2015

3. Length of sentence: 200 MONTHS

4. Nature of crime (all counts):

   922(G) and 924(E) FELON IN POSSESSION OF A FIREARM

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?    Yes ☑    No ☐

9. If you did appeal, answer the following:
   (a) Name of court: UNITED STATES COURT OF APPEALS FOR SIXTH CIRCUIT
   (b) Docket or case number (if you know): 22-6057
   (c) Result: DENIED
   (d) Date of result (if you know): January 13, 2023
   (e) Citation to the case (if you know): Rehaif v. United States, 139 S. Ct. 2191 (2019)
   (f) Grounds raised:

   Rehaif Claim

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☑   No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
    (2) Docket or case number (if you know): 20-5076, (May 15, 2020); 20-5670, (Nov. 24, 2020);
    (3) Date of filing (if you know): 22-5398, (Oct. 7, 2022)

AO 243 (Rev. 09/17)

(4) Nature of the proceeding: _Post-Conviction_

(5) Grounds raised:

(1) Johnson II, 135 S.Ct. (2015);

(2) Johnson, 559 U.S. 133, U.S. v. Burris, 912, and Welch, 136 S.Ct. (2016)

(3) Rehaif v. U.S., 139 S.Ct. (2019)

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☑

(7) Result: _ALL DENIED_

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____
(2) Docket of case number (if you know): _____
(3) Date of filing (if you know): _____
(4) Nature of the proceeding: _____
(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐   No ☑

(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☑
(2) Second petition:  Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Page 4 of 13

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO: The government hasn't satisfied its burden. "As-applied" challenge

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The government never offered into the record an expert reporting an historical view on petitioners felon disarment, or even the fact petitioner was a violent felon or a felon at all.
The government must prove that 922(g)(1) is consistent with the Nation's historical tradition of firearm regulation. The government must show a 'historical tradition' supporting lifetime criminilization of his possession of a firearm.

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

*"As Applied" Challenge*

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: The Supreme Court's decision in New York State Rifle & Pistol Ass. v. Bruen renders the Federal felon in possession law unconstitutional as applied to petitioner

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(1) The plain text of the Second Amendment covers petitioner's conduct- possession of ordinary firearms in the home and therefore presumptively protects him

(2) Petitioner completed his sentence more than 30 yrs. ago, never was barred from possessing firearms. Petitioner asserts an examination of history and tradition must be reviewed and part of the record to support his 922(g)(1) conviction.

(3) 922(g)(1) statue is confusing and lack clarity to petitioner's applied challenge,

(4) and the statue targeted certain class (race) blacks from protecting them and thier family from harm from all people of an acceptable social class.

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐   No ☑
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐   No ☑
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐   No ☑

AO 243 (Rev. 09/17)

GROUND THREE: Due Process and Equal Act Protection violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Second amendment barred Black people from owning firearms, and was never clear or plain about felons under certain condition could own or protect thier family or property for harm or any violations.

(b) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☐

  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes [ ]   No [✗]

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At the preliminary hearing:
   _____

   (b) At the arraignment and plea:
   _____

   (c) At the trial:
   _____

   (d) At sentencing:
   _____

   (e) On appeal:
   _____

   (f) In any post-conviction proceeding:
   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding:
   _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes [ ]   No [✗]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes [ ]   No [✗]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
   _____

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes [ ]   No [✗]

Page 11 of 13

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Due to the intervening law change, petitioner feels the facts "as applied" no longer violation of law.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
    (1) the date on which the judgment of conviction became final;
    (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
    (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

**922(g)(1) modification of conviction**

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on **07-31-2023**.
(month, date, year)

Executed (signed) on _____ (date)

⇔26001-076⇔
Kndll Joy-El
2225 Haley Barbour PKWY
Yazoo CITY, MS 39194-5000
United States

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.