IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KNDLL JOY-EL[1]                                                    PETITIONER

VERSUS                                        CIVIL ACTION NO. 3:23-cv-509-CWR-FKB

UNKNOWN                                                          RESPONDENT

FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the

Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without

prejudice.

SO ORDERED, this the 20th day of December, 2023.


                                    s/ Carlton W. Reeves
                                    UNITED STATES DISTRICT JUDGE

---

[1] This is the correct spelling of Petitioner's name.  See Pet. [1] at 1, 11; [1-1] at 1.